ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                )
                                           )
Northrop Grumman Corporation               )    ASBCA No.  61756
                                           )
Under Contract No.  F42610-98-C-0001 *et al.*  )

APPEARANCES FOR THE APPELLANT:      Stephen J. McBrady, Esq.
                                    Charles Baek, Esq.
                                      Crowell & Moring LLP
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Arthur M. Taylor, Esq.
                                      DCMA Chief Trial Attorney
                                    Srikanti Schaffner, Esq.
                                      Trial Attorney
                                      Defense Contract Management Agency
                                      Carson, CA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 5, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61756, Appeal of Northrop Grumman Corporation, rendered in conformance with the Board's Charter.

Dated:  January 5, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals